SAND, J

**ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-25-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ZHU JIN WANG,

                Plaintiff,

- v. -

MICHAEL CHERTOFF, et al.,

                Defendants.
------------------------------------------------------------x

STIPULATION AND
ORDER OF WITHDRAWAL

07 Civ. 11105 (LBS)

    IT IS STIPULATED AND AGREED, by and between the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated: New York, New York
        June 19, 2008

By: *ZHU JIN WANG*
ZHU JIN WANG
Plaintiff Pro Se
136 Bowery Street, #1803
New York, NY 10013
Tel. No.: (212) _____

Dated: New York, New York
        June 23, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: *[signature]*
F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, NY 10007
Tel. No.: (212) 637-2728

SO ORDERED: *[signature]*
HON. LEONARD B. SAND
UNITED STATES DISTRICT JUDGE
6/25/08

2008vo0790

COPIES MAILED TO ALL PARTIES
6-25-08